UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDIE HERNANDEZ,

             Plaintiff,

       v.

57 DEGREES NORTH, LLC, *et al.*,

             Defendants.

Case No.  C06-1098L

ORDER GRANTING MOTION
TO WITHDRAW MOTION

       This matter comes before the Court on plaintiff's motion to withdraw his previously filed motion to compel payment of maintenance.  The Court GRANTS plaintiff's motion (Dkt. #41).  The Clerk of the Court is directed to remove from the motions calendar plaintiff's motion to compel payment of maintenance (Dkt. #36).

       DATED this 8th day of March, 2007.


                              *MMP S Lasnik*
                              Robert S. Lasnik
                              United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW MOTION