1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
EDDIE HERNANDEZ,         )
                         )
          Plaintiff,     )   No. C06-1098RSL
                         )
     v.                  )
                         )   ORDER TO SHOW CAUSE
57 DEGREES NORTH, LLC, *et al.*,   )
                         )
          Defendants.    )
_____)

This matter comes before the Court *sua sponte*. On August 9, 2007, plaintiff Eddie Hernandez filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. ##74-76). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 7) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Plaintiff shall immediately deliver a paper copy of the documents filed on August 9, 2007, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for August 23, 2007.

ORDER TO SHOW CAUSE

1 | DATED this 15th day of August, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge