UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
EDDIE HERNANDEZ,                          )
                                          )   No. C06-1098RSL
            Plaintiff,                    )
    v.                                    )
                                          )   ORDER DENYING DEFENDANT'S
57 DEGREES NORTH, LLC,                    )   MOTION TO FILE SURREBUTTAL
                                          )   BRIEF
            Defendant.                    )
_____)

This matter comes before the Court on "Defendant 57 Degrees North, LLC's Motion to File Surrebuttal Brief" (Dkt. #83). In its motion, "[d]efendant wishes to further brief Plaintiff's discussion and misuse of Ribitzki v. Canmar Reading & Bates, 111 F.3d 658 (9th Cir. 1997)." In his motion for summary judgment, plaintiff quoted Ribitzki extensively. See Dkt. #74 at 15-16. Defendant, however, failed to address Ribitzki in its three page response brief. See Dkt. #81. Unless a completely new issue is raised for the first time in reply, surreplies will not be considered. Furthermore, although defendant cites Local Civil Rule 7(f) as the basis for its motion, this rule does not expressly allow surreplies. For these reasons, defendant's belated request to address Ribitzki in a surreply is DENIED.

DATED this 30th day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR SURREPLY